IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT JACKSON

MARCH 1998 SESSION



**FILED**

**March 26, 1998**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

STATE OF TENNESSEE,    )
              )
      APPELLEE,    )
              )    No. 02-C-01-9707-CR-00247
              )
              )    Shelby County
v.              )
              )    Honorable W. Fred Axley, Judge
              )
              )    (Sentencing)
ANGIE M. HARRIS,    )
              )
      APPELLANT.    )

FOR THE APPELLANT:

Larry E. Fitzgerald
Attorney at Law
22 North Second Street, Suite 410
Memphis, TN 38103

FOR THE APPELLEE:

John Knox Walkup
Attorney General & Reporter
425 Fifth Avenue, North
Nashville, TN 37243-0497

Janis L. Turner
Counsel for the State
425 Fifth Avenue, North
Nashville, TN 37243-0493

William L. Gibbons
District Attorney General
201 Poplar Avenue, Suite 3-01
Memphis, TN 38103

Johnny McFarland
Assistant District Attorney General
201 Poplar Avenue, Suite 3-01
Memphis, TN 38103

OPINION FILED:_____

AFFIRMED

Joe B. Jones, Presiding Judge

# O P I N I O N

The appellant, Angie M. Harris (defendant), entered pleas of guilty to two counts of forgery, a Class E felony. The trial court, finding the defendant was a standard offender, imposed a Range I sentence consisting of a $500 fine and confinement for one (1) year in the Shelby County Correctional Center in each count pursuant to a plea agreement. The trial court suspended all but thirty days of the defendant's sentence and placed her on probation for the balance of the sentence. The effective sentence imposed were fines totaling $1,000 and confinement for one (1) year. In this court, the defendant contends "the Trial Court erred in not granting the Defendant's Petition for Suspended Sentence and in failing to grant the Defendant probation [pursuant] to the Tennessee Criminal Sentencing Reform Act of 1989." After a thorough review of the record, the briefs submitted by the parties, and the law governing the issue presented for review, it is the opinion of this court that the judgment of the trial court should be affirmed.

This court has conducted a <u>de novo</u> review of the record pursuant to Tenn. Code Ann. § 40-35-401(d). When the trial court imposed sentence, the court said it considered the defendant's social history, attitude, nature and circumstances of the offenses, and her candor in her testimony. The court found the defendant was less than candid. This finding alone justified the sentence imposed by the trial court. <u>See</u> <u>State v. Neeley</u>, 678 S.W.2d 48 (Tenn. 1984).

.

_____
JOE B. JONES, PRESIDING JUDGE


CONCUR:


_____
GARY R. WADE, JUDGE


_____
JERRY L. SMITH, JUDGE

2